

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25 PH 3: 07

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DANIEL BOSTICK and
JOY DeFOREST                           *
        Plaintiffs
                                     *

VERSUS                                  *

                                     *   CIVIL ACTION

NEW ORLEANS POLICE SERGEANT JOHN        *   NO.  **01-0226**
THOMAS, individually and in his
official capacity, THE CITY OF          *   SECTION __  MAG. ____
NEW ORLEANS, SUPERDOME SECURITY
GUARD DOE, SUPERDOME SECURITY           *
GUARD ROE, and SMG                          **SECT. S MAG. 1**
        Defendants        *
 *   *   *   *   *   *   *   *

### COMPLAINT

    NOW COME plaintiffs, **DANIEL BOSTICK** and **JOY DeFOREST**, through

their undersigned counsel, who respectfully represent:

## I.  PRELIMINARY STATEMENT

    1.  This action arises under 42 U.S.C. 1983 and 1985 as an

action at law to redress the deprivation under color of a statute,

ordinance, regulation, custom or usage of a right, privilege or

immunity secured to the plaintiff by the Fourteenth Amendment to

the Constitution of the United States and arising under the laws

and statutes of the State of Louisiana.

Fee 150.00
Process 1a (3)sms
X Dktd 1a
____CtRmDep____
Doc.No. 1

II.  **JURISDICTION**

2.   Jurisdiction is vested in this Court by 28 U.S.C. 1331.
Pendant jurisdiction is asserted for all claims cognizable under
the laws of the State of Louisiana.

III. **PARTIES**

### (PLAINTIFFS)

3.   **DANIEL BOSTICK,** an adult citizen of the State of
Louisiana, residing and domiciled within the Eastern District of
Louisiana.

4.   **JOY DeFOREST,** an adult citizen of the State of Louisiana,
residing and domiciled within the Eastern District of Louisiana.

### (DEFENDANTS)

5.  **NEW ORLEANS POLICE SERGEANT JOHN THOMAS, individually and
in his official capacity,** an adult citizen of the Eastern District
of Louisiana, at all pertinent times hereto employed as a New
Orleans Police Department Officer by defendant, **THE CITY OF NEW
ORLEANS,** and acting in the course and scope of the employment.

6.   **THE CITY OF NEW ORLEANS,** a municipal corporation with
capacity to be sued, located within the Eastern District of
Louisiana.

7.   **SUPERDOME SECURITY GUARD DOE,** an adult citizen of the
Eastern District of Louisiana, at all times pertinent hereto,
employed by defendant SMG as a security guard acting within the

course and scope of the employment;

8.   **SUPERDOME SECURITY GUARD ROE,** an adult citizen of the Eastern District of Louisiana, at all times pertinent hereto, employed by defendant SMG as a security guard acting within the course and scope of the employment;

9.   **SMG,** a foreign partnership, licensed to do and doing business in the State of Louisiana, at all times pertinent hereto, operator, manager and custodian of the Louisiana Superdome located within the Eastern District of Louisiana;

## IV. FACTUAL ALLEGATIONS

10.   On or about January 30, 2000, the plaintiffs were spectators at a truck rally in the Louisiana Superdome.  After the event, they were approached by Superdome Security Guard Doe who told them to leave.  As they gathered their belongings, Superdome Security Guard Roe approached and told the plaintiff's to get the fuck out.  He pointed at plaintiff, Joy DeForest, and called her "bitch," to which plaintiff, Daniel Bostick, replied that the guard's tone was uncalled for.

11.   As the plaintiffs left, they were followed by Superdome Security Guards Doe and Roe who continuously harassed the plaintiffs, uttering insults and profanity, which Daniel Bostick protested.    Security Guard Roe then summoned defendant, NOPD Sergeant John Thomas.  Sergeant Thomas threw Daniel Bostick against the wall and falsely arrested and detained him in a cell in the

Superdome without probable cause or any other legal justification. Sergeant Thomas taunted Daniel Bostick while he was held in the cell because he lived in Marrero. Sergeant Thomas issued a Municipal Court Summons to Daniel Bostick, purportedly for "disturbing the peace by (unreadable) on Johnny (unreadable)." The charge was ultimately dismissed.

12. During these events, plaintiff, Joy DeForest, protested to Sergeant Thomas that his conduct was brutal and unlawful. In response he threatened to take her to jail and show her what brutality really was. Sergeant Thomas would not permit Joy DeForest to recover her driver's license from Daniel Bostick during his unlawful detention, thus causing her to remain at the Superdome as well.

## V. CAUSES OF ACTION

11. Plaintiff, Daniel Bostick, was the victim of police brutality, false arrest and summary punishment at the hands of Sergeant Thomas, which deprived him of his civil rights as guaranteed by the laws and constitutions of the United States and the State of Louisiana.

12. Plaintiff, Joy DeForest, was the victim false arrest and summary punishment at the hands of Sergeant Thomas, which deprived her of her civil rights as guaranteed by the laws and constitutions of the United States and the State of Louisiana.

13. The plaintiffs were the victims of a conspiracy between

**Page -4-**

the defendants to deprive them of their federal and state protected civil rights.

14.     Defendant, The City of New Orleans, has exhibited a policy or custom of callousness and reckless disregard for the civil rights of citizens within Orleans Parish in the failure to adequately screen, hire, train, supervise or discipline employees, and has exhibited a policy or custom of mitigation or concealment of instances of police violence or brutality and civil rights violations.

15.  Plaintiff, Daniel Bostick, was also the victim of false arrest and imprisonment, assault and battery, intentional infliction of emotional distress, abuse of process and malicious prosecution by defendants Doe, Roe and Thomas, over which state law tort claims the Court is requested to exercise pendant jurisdiction.

16.  Plaintiff, Joy DeForest, was also the victim of false arrest and imprisonment, and intentional infliction of emotional distress by defendants Doe, Roe and Thomas, over which state law tort claim the Court is requested to exercise pendant jurisdiction.

17.  Defendants are liable jointly, severally and in solido.

18.  The plaintiffs plead the doctrine of respondeat superior.

## VI.  DAMAGES

19.  Plaintiff, Daniel Bostick, was deprived of his civil rights, and endured severe physical, mental and emotional pain,

suffering, anguish and distress.

20.   Plaintiff, Daniel Bostick, itemizes his damages as follow:

Compensatory Damages:

| | |
|---|---|
| Civil Rights Violations | $ 25,000.00 |
| State Law Torts | $ 25,000.00 |
| Punitive Damages | $ 50,000.00 |
| **TOTAL** | **$100,000.00** |

21.   Plaintiff, Joy DeForest, itemizes her damages as follow:

Compensatory Damages

| | |
|---|---|
| Civil Rights Violations | $ 25,000.00 |
| State Law Torts | $ 25,000.00 |
| Punitive Damages | $ 50,000.00 |
| **TOTAL** | **$100,000.00** |

16.   Plaintiffs seek reasonable attorney's fees in accord with 42 U.S.C. 1988, plus judicial interest, and for defendants to bear all costs of these proceedings.

**WHEREFORE** plaintiffs, Daniel Bostick and Joy DeForest, pray that defendants be duly cited and served copies of the above and foregoing, made to timely appear and answer, that this Court exercise pendant jurisdiction, and after due proceedings, there be judgment in favor of plaintiff and against defendants, holding them liable jointly, severally and in solido for all compensatory and punitive damages alleged herein, together with judicial interest, for attorney's fees, for defendants to bear all costs of these

**Page -6-**

proceedings, and for all further legal, equitable and general relief available.

Respectfully submitted,

**PIERCE & BIZAL**

_____
**BRIAN A. GILBERT (21297)**
639 Loyola Avenue, Suite 1820
New Orleans, Louisiana 70113
Phone: 504/525-1328
Fax: 504/525-1353

**PLEASE SERVE:**

**NOPD Sergeant John Thomas**
New Orleans Police Department
Eighth District
334 Royal Street
New Orleans, Louisiana 70130

**The City of New Orleans**
through the City Attorney
Mavis Early
Law Department
1300 Perdido Street, Fifth Floor East
New Orleans, Louisiana 70112

**SMG**
through its agent for service
Will Wilton
411 Stanford Avenue
Baton Rouge, Louisiana 70808